No. 245. O. E. COPE, APPELLANT, *v.* LANDA H. BRADEN. Appeal from the Supreme Court of the Territory of Oklahoma. October 14, 1902. Dismissed with costs, on motion of counsel for appellant. *Mr. Horace Speed* for the appellant. No appearance for the appellee.

---

No. 6. GLUCOSE SUGAR REFINING COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE F. HARDING ET AL. In error to the Supreme Court of the State of Illinois. October 14, 1902. Dismissed with costs, pursuant to the 10th rule. *Mr. John P. Wilson,* *Mr. Thomas A. Moran* and *Mr. John J. Herrick* for the plaintiff in error. No appearance for the defendants in error.

---

No. 3. MANCHESTER FIRE ASSURANCE COMPANY OF MANCHESTER, ENGLAND, ET AL., APPELLANTS, *v.* JOHN HERRIOTT, TREASURER OF THE STATE OF IOWA, ET AL. Appeal from the Circuit Court of the United States for the Southern District of Iowa. October 14, 1902. Dismissed per stipulation, on motion of *Mr. C. W. Mullan* for the appellees. *Mr. A. H. McVey* and *Mr. Wm. Allen Butler* for the appellants. *Mr. Milton Remley* and *Mr. Charles W. Mullan* for the appellees.

---

No. 25. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH, SCOTLAND, AND LONDON, ENGLAND, PLAINTIFFS IN ERROR, *v.* JOHN HERRIOTT, ETC. In error to the Supreme Court of the State of Iowa. October 14, 1902. Dismissed per stipulation, on motion of *Mr. C. W. Mullan* for the defendant in error. *Mr. A. H. McVey* for the plaintiff in error. *Mr. Charles W. Mullan* for the defendant in error.